[No. 13067-0-II. Division Two. March 18, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD E. VANDOVER, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 88-1-00137-1, William E. Howard, J., entered July 28, 1989. *Affirmed in part* and *vacated in part* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[No. 13288-5-II. Division Two. March 18, 1991.]

TOM BELCHER, ET AL, *Appellants,* v. KITSAP COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-2-01855-5, William E. Howard, J., entered September 18, 1989. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Alexander and Morgan, JJ. Now published at 60 Wn. App. 949.

[No. 10466-4-III. Division Three. March 19, 1991.]

TIMOTHY LEE PARTLOW, *Appellant,* v. JAMES HUTCHINSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 87-2-00168-0, Michael E. Cooper, J., entered November 20, 1989. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Shields, JJ.